# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEBORAH S. WALKER

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5539FDB

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    That the above captioned case be REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g). Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of **4/3/07**.

   April 4, 2007                                                   BRUCE RIFKIN
Date                                                                    Clerk

                                                                           *s/Caroline M. Gonzalez*
                                                                            Deputy Clerk